JS-6

**UNITED STATED DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YVONNE FERDINAND,<br><br>  Plaintiff,<br><br>  vs.<br><br>THE RITZ-CARLTON HOTEL COMPANY, LLC; BERNARD TEICHMAN<br><br>  Defendants. | **CASE NO.: 2:23-cv-06723-DSF (MRWx)**<br><br>**ORDER REMANDING THE CASE TO STATE COURT PURSANT TO AGREEMENT OF THE PARTIES** |

-1-

**ORDER TO REMAND**

Plaintiff YVONNE FERDINAND and Defendant RITZ-CARLTON HOTEL COMPANY, LLC, having Stipulated to Remand of this case after reaching an Agreement to globally cap damages below the jurisdictional threshold of this Court as to all parties, and having otherwise agreed that Plaintiff shall amend the Complaint out of which the removal of this case arose, and with no further proceedings needed or contemplated by the parties in this Court, the Court hereby orders that this case be and hereby is remanded back to the Superior Court of California in and for the County of Los Angeles, Case No. 22STCV11295.

IT IS SO ORDERED.

DATED: August 24, 2023

_____
HONORABLE DALE S. FISCHER
U.S. District Judge